IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Texarkana__ DIVISION

**FILED**
JAN 22 2020
Clerk, U.S. District Court
Texas Eastern

__James Christopher Gardner__
Plaintiff's name and ID Number

__Bowie County Correctional Center Annex__
Place of Confinement

CASE NO: __5:20 CV 11__
(Clerk will assign the number)

v.

__The State of Texas Bowie County__   __105 W. Front St.__
Defendant's name and address            __Texarkana, TX 75501__

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

_____

I. **PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in state or federal court relating to your imprisonment?     ___ YES   _X_ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: _____

  2. Parties to previous lawsuit:
     Plaintiff(s) _____

     Defendant(s) _____

  3. Court (If federal, name the district; if state, name the county) _____

  4. Docket Number: _____

  5. Name of judge to whom case was assigned: _____

  6. Disposition: (Was the case dismissed, appealed, still pending?) _____

  _____

  7. Approximate date of disposition: _____

(e same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____                                          _____
              DATE                                                   (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsu[it].

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained i[n a] facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or fail[ to] state a claim upon which relief may be granted, unless I am under imminent danger of seri[ous] physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsib[le for] the entire $150 filing fee and costs assessed by the Court, which shall be deducted in acco[rdance] with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____
              (Day)                  (Month)              (Year)

                                                          James C. Garner
                                                          James C. Garner
                                                          (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information pro[vided in] response to the following questions will result in the imposition of sanctions. The sanctions the Co[urt may] impose include, but are not limited to monetary sanctions and/or the dismissal of this action with pr[ejudice].

II. PLACE OF PRESENT CONFINEMENT: _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ___ YES _X_ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: James C. Garner 105 W. Front St. Texarkana, TX 75501

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: State of Texas, Texarkana, TX 75501

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Falsly imprisonment for a charge that I didn't commit nor have any knowledge of.

Defendant #2: Judge Robert Miller Magistrate

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was arraigned Dec. 13, 2019 on a false charge that I have no knowledge of at 9:38 AM on Friday. I was charge with Theft of property with two or more convictions under $2500. On December 28, 2019 I was given time served without seeing a lawyer or appearing in court. CCN: T19-06586-F-T

VI.  **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pay all attorney and filing fees, loss of wages, mental anguish and to drop all charges against me on my other cases

VII.  **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Chris Garner

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#775065

VIII.  **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ___NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4.

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date warning was issued: _____

Executed on: 01-16-2020
DATE

James C. Garner
James C. Garner
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __16th__ day of __January__, 20_20_.
         (Day)           (month)              (year)

James C. Garner
James C. Garner
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.